UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANILZA GONZALEZ,

                Plaintiff,

-v.-

THE PATHFINDER OF WEST VIRGINIA, LTD.,

                Defendant.

23 Civ. 07941 (JHR)

ORDER OF DISMISSAL

JENNIFER H. REARDEN, District Judge:

      On December 13, 2023, the Court ordered Plaintiff Yanilza Gonzalez to show cause as to why Defendant The Pathfinder of West Virginia, Ltd. had not been served within the 90-day window allowed under Rule 4(m) of the Federal Rules of Civil Procedure. ECF No. 7. In that Order, the Court cautioned that, "[i]f Plaintiff fails to file a letter by **December 20, 2023**, showing good cause why such service was not made within the 90 days, the Court may dismiss the case without further notice." *Id.* (emphasis in original).

      The Court has not received the required letter from Plaintiff addressing her failure to serve Defendant or otherwise responding to the Court's December 13 Order. Accordingly, the Court dismisses this action pursuant to Rule 4(m).

      The Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: December 22, 2023
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge